**COMMONWEALTH OF KENTUCKY**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CASE NO.: 4:22-CV-00133-RGJ-HBB**

**CHARLES PEACH, et al.**                                                              **PLAINTIFFS,**

**v.**

**AIYANNA HAGERMAN, et al.**                                                    **DEFENDANTS.**

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon agreement of the parties, and the Court being otherwise sufficiently advised and informed, **IT IS HEREBY ORDERED** that the Complaint and Counterclaim be and are hereby dismissed with prejudice, each party to bear their own costs and attorney fees, and this matter be and is hereby stricken from the active docket of this Court.

**SO ORDERED THIS _____ DAY OF _____ 2024**.

Have Seen and Agreed:

| | |
|---|---|
| */s/ Benjamin T.D. Pugh* | */s/ LeeAnne Applegate (w Auth. 11/25/24)* |
| Christopher D. Roach (KY 95007) | LeeAnne Applegate |
| Benjamin T.D. Pugh (KY 94032) | 275 E. Main Street |
| PUGH & ROACH, ATTORNEYS AT LAW, PLLC | Frankfort, KY 40621 |
| 28 West Fifth Street | Telephone: (502) 564-7905 |
| Covington, KY 41011 | LeeAnne.Applegate@ky.gov |
| Telephone: (859) 291-5555 | |
| Email: chris@prlaw.legal; tom@prlaw.legal | *Attorney for Defendants* |

*Counsel for Plaintiffs*